IN THE DISTRICT COURT OF THE UNITED STATES 
 FOR THE MIDDLE DISTRICT OF ALABAMA 
 SOUTHERN DIVISION 

ZACHARY G. OWENS, ) 
 ) 
 Plaintiff, ) 
 ) 
 v. ) CIVIL ACTION NO. 1:19-CV-699-ALB 
 ) 
JAMES HILL, et al., ) 
 ) 
 Defendants. ) 

 ORDER 
 On September 24, 2019, the Magistrate Judge entered a Recommendation (Doc. 
4) to which no timely objections have been filed. After an independent review of the 
file and upon consideration of the Recommendation, it is ORDERED that: 
 1. The Recommendation of the Magistrate Judge is ADOPTED. 
 2. The plaintiff’s challenge to the veracity of the evidence in his pending state 
criminal cases is summarily dismissed as this court must abstain from considering this 
challenge in accordance with the Younger abstention doctrine.1 
 3. The plaintiff’s slander/defamation claim brought under 42 U.S.C. § 1983 is 
dismissed with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i). 
 4. The plaintiff’s request for criminal prosecution of the defendants is dismissed 
with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i). 

1Younger v. Harris, 401 U.S. 37, 44–45 (1971). 
 5. The plaintiff’s supplemental state tort claim of slander/defamation is dismissed 
without prejudice to any right the plaintiff may have to proceed on this claim before the 
state courts. 

 6. This case is summarily dismissed. 
 A separate Final Judgment will be entered. 
 DONE and ORDERED this 21st day of October 2019. 

 /s/ Andrew L. Brasher 
 ANDREW L. BRASHER 
 UNITED STATES DISTRICT JUDGE